IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | |
|---|---|
| NOVARTIS VACCINES AND DIAGNOSTICS, INC., NOVARTIS PHARMA AG, and GRIFOLS WORLDWIDE OPERATIONS LIMITED,<br><br>     Plaintiffs,<br><br>v.<br><br>REGENERON PHARMACEUTICALS, INC.,<br><br>     Defendant. | Civil Action No. 7:18-cv-2434 _____<br><br>**RULE 7.1 STATEMENT FOR NOVARTIS VACCINES AND DIAGNOSTICS, INC.** |

   Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Novartis Vaccines and Diagnostics, Inc. ("NVD") certifies as follows:

1. NVD is an indirect wholly owned subsidiary of Novartis AG, a publicly held Swiss company.

2. The parent companies of NVD are: Novartis Pharmaceuticals Corporation, Novartis Pharma AG, and Novartis AG.

3. Novartis AG is the only publicly held company that owns 10% or more of NVD.

| | |
|---|---|
| Dated: March 19, 2018 | MAURIEL KAPOUYTIAN WOODS LLP |
| | |
| | By: S/ Sherman Kahn |
| | |
| | Sherman Kahn (skahn@mkwllp.com) |
| | Hui Liu (hliu@mkwllp.com) |
| | 15 West 26th Street, Seventh Floor |
| | New York, New York 10010 |
| | Phone: (212) 524-9309 |
| | Fax: (212) 529-5132 |
| | |
| | *Attorneys for Plaintiffs* |
| | *Novartis Vaccines and Diagnostics, Inc.,* |
| | *Novartis Pharma AG, and Grifols* |
| | *Worldwide Operations Limited* |

Of Counsel:
William A. Rakoczy
(wrakoczy@rmmslegal.com)
Heinz J. Salmen
(hsalmen@rmmslegal.com)
Thomas H. Ehrich
(tehrich@rmmslegal.com)
Matthew V. Anderson
(manderson@rmmslegal.com)
Neil B. McLaughlin
(nmclaughlin@rmmslegal.com)
Lauren M. Lesko
(llesko@rmmslegal.com)
**Rakoczy Molino Mazzochi Siwik LLP**
6 West Hubbard Street, Suite 500
Chicago, Illinois 60654
Phone: (312) 222-6301
Fax: (312) 222-6321