**Patterson Belknap Webb & Tyler LLP**

1133 Avenue of the Americas    New York, NY 10036-6710    212.336.2000    fax 212.336.2222    www.pbwt.com

April 25, 2019

Irena Royzman
(212) 336-2081
iroyzman@pbwt.com

**BY ECF**

The Honorable Denise Cote
United States District Court, Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

      Re:    *Novartis Vaccines and Diagnostics, Inc. et al. ("Novartis") v. Regeneron Pharmaceuticals, Inc. ("Regeneron")*, **No. 18-cv-2434 (DLC) (S.D.N.Y.)**

Dear Judge Cote:

      Pursuant to the Court's instruction at the April 24, 2019, conference and the Court's order, Dkt. 226, the parties submit this joint timeline of the parties' communications on April 8 with Dr. Wurm and with each other regarding Dr. Wurm. In accordance with the Court's instructions, Plaintiffs consent to this submission.

| Date | Time (EDT) | Who | Description |
|---|---|---|---|
| 8-Apr-2019 | 9:57 AM | Regeneron | Email from Andrew Cohen to Dr. Wurm, asking whether Dr. Wurm is interested in discussing a new project |
| 8-Apr-2019 | 10:07 AM | Regeneron | Dr. Wurm confirms interest, asks for a phone call |
| 8-Apr-2019 | 10:14 AM | Regeneron | Cohen responds to Dr. Wurm, providing cell phone number |
| 8-Apr-2019 | 10:16 AM | Regeneron | Dr. Wurm confirms he will call Cohen later |
| 8-Apr-2019 | 12:19 PM | Regeneron | Dr. Wurm conversation with Cohen (2 minutes - call was cut off) (Ex. A.) |
| 8-Apr-2019 | 12:21 PM | Regeneron | Dr. Wurm conversation with Cohen (11 minutes) (Ex. A.) |
| 8-Apr-2019 | 12:35 PM | Novartis | Email from Thomas Ehrich to Dr. Wurm, discussing drafting rebuttal reports as previously arranged in January 2019. |

Hon. Denise Cote, Page 2

| Date | Time (EDT) | Who | Description |
|---|---|---|---|
| 8-Apr-2019 | 1:16 PM | Novartis | Response from Dr. Wurm, stating he remains willing to draft rebuttal report. |
| 8-Apr-2019 | 1:24 PM | Novartis | Ehrich arranges to send background materials. |
| 8-Apr-2019 | 1:57 PM | Regeneron | Cohen emails protective order and written assurance to Dr. Wurm (Dkt. 221-1) |
| 8-Apr-2019 | 4:01 PM | Regeneron | Dr. Wurm signs and returns written assurance portion of protective order (Dkts. 221-2, 221-4) |
| 8-Apr-2019 | 9:38 PM | Parties | Regeneron sends Dr. Wurm's signed written assurance to Novartis (Dkt. 221-3, 211-4) |
| 8-Apr-2019 | 10:16 PM | Parties | Novartis informs Regeneron that Dr. Wurm is already retained (Dkt. 221-5) |
| 8-Apr-2019 | 10:49 PM | Novartis | Ehrich sends Dr. Wurm Regeneron email with Wurm CV and Written Assurance. |
| 8-Apr-2019 | 10:52 PM | Parties | Novartis follows-up with Regeneron (Dkt. 221-5) |
| 8-Apr-2019 | 11:07 PM | Parties | Regeneron confirms receipt of Novartis's emails, confirms will act accordingly (Dkt. 221-5) |

Respectfully submitted,

*/s/ Irena Royzman*